IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01898-AP

JERRY VERNON WHITE,

       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Francis K. Culkin | JOHN F. WALSH |
| 3801 East Florida Avenue, Suite 400 | United States Attorney |
| Denver, Colorado 80210 | |
| Phone: 303-830-1110 | J.B. GARCÍA |
| Fax: 303-863-9221 | Assistant United States Attorney |
| fculkinesq@aol.com | District of Colorado |
| | |
| | Stephanie Lynn F. Kiley |
| | Special Assistant United States Attorney |
| | 1001 Seventeenth Street |
| | Denver, Colorado 80202 |
| | 303-844-0815 |
| | 303-844-0770 Facsimile |
| | Stephanie.kiley@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A.  Date Complaint Was Filed:**                                                    July 20, 2012

**B.  Date Complaint Was Served on U.S. Attorney's Office:**    July 27, 2012

**C. Date Answer and Administrative Record Were Filed:**          September 25, 2012

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

To the best of his knowledge, Counsel for Plaintiff states that the record is complete and accurate. To the best of her knowledge, Counsel for Defendant states that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Counsel for Plaintiff states:** To the best of his knowledge, this case does not involve unusual claims or defenses.

**Counsel for Defendant states:** To the best of her knowledge, this case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

There are no other matters anticipated.

**8.  BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

**A.  Plaintiffs Opening Brief Due:**                                      November 26, 2012

**B.  Defendant's Response Brief Due:**                                December 26, 2012

**C.  Plaintiffs Reply Brief (If Any) Due:**                              January 8, 2013

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A.  Plaintiffs Statement:**
    Plaintiff requests oral argument.

**B.  Defendant's Statement:**
    Defendant does not request oral argument

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**
The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

   DATED this 15th   day of October, 2012.
                                                  BY THE COURT:


                                                  *s/John L. Kane*_____
                                                  U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| *s/ Francis K. Culkin*<br>Francis K. Culkin<br>3801 East Florida Avenue, Suite 400<br>Denver, Colorado 80210<br>Phone: 303-830-1110<br>Fax: 303-863-9221<br>fculkinesq@aol.com<br><br>Attorney for Plaintiff | JAMES F. WALSH<br>    United States Attorney<br>J.B. GARCÍA<br>Assistant United States Attorney<br>District of Colorado<br><br>By: s/ Stephanie F. Kiley<br>Stephanie F. Kiley<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, Colorado   80202<br>Telephone:   (303) 844-0815<br>Stephanie.Kiley@ssa.gov<br>Attorneys for Defendant. |