IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 12-cv-01898-RM

JERRY VERNON WHITE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**ORDER FOR PLAINTIFF
TO FILE OPENING BRIEF WITH CITATIONS TO CASE RECORD**

---

THIS MATTER comes before the Court *sua sponte*. In Plaintiff's Reply Brief filed February 21, 2013, Plaintiff stated he would provide an "alias copy" of his Opening Brief with appropriate citations to the record. To date, the Court has no record of receiving such an Opening Brief. It is therefore

**ORDERED** that on or before July 9, 2013 Plaintiff shall refile his Opening Brief with appropriate citations to the record. No other modifications or changes to the original Opening Brief (ECF No. 15) are allowed.

DATED this 25th day of June, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge